IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rigoberto Ortiz Sanchez,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Charles Ryan,<br><br>　　　　Respondent. | No. CV-12-00134-PHX-ROS<br><br>**ORDER** |

On January 20, 2012, Petitioner Rigoberto Ortiz Sanchez filed a petition for writ of habeas corpus. (Doc. 1). On February 28, 2012, the Court issued an initial order requiring Respondent answer the petition. The initial order also informed Petitioner that he was required to keep his mailing address up to date. (Doc. 4 at 2). On October 25, 2012, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R&R") recommending the petition for habeas corpus be denied. (Doc. 19). A copy of the R&R was sent to Petitioner but it was returned to the Court, labeled "Out to Court, Maricopa County will not accept." (Doc. 20). As of January 4, 2013, Petitioner has not filed a change of address nor has he filed objections to the R&R.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the magistrate judge's report and recommendations, the district court's review of the part objected to is to be *de novo. Id.* If, however, no objections are

filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 19) is **ADOPTED**. The petition for a writ of habeas corpus is **DENIED**. The Clerk shall enter judgment accordingly.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 7th day of January, 2013.

*[signature]*
Roslyn O. Silver
Chief United States District Judge